JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Brent Wing, | ) | Case No. SACV 23-2042-MWF(KESx) |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| v. | ) | |
| FCA US LLC, | ) | |
| Defendants. | ) | |

THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 3, 2024

MICHAEL W. FITZGERALD
United States District Judge